IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV733-GCM

| JENNIFER SCARBERRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| AGDATA, L.P., | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Defendant's Motion to Compel Arbitration. (Doc. No. 4). The Plaintiff has filed a response indicating that she has no opposition to the Defendant's motion.

IT IS THEREFORE ORDERED that Defendant's Motion to Compel Arbitration is hereby GRANTED.

Signed: February 4, 2021

Graham C. Mullen
United States District Judge